# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDWARD J. LAPEROUSE, II

VERSUS

JAGUAR LAND ROVER NORTH
AMERICA, LLC; JAGUAR LAND
ROVER AUTOMOTIVE, PLC; JP
MORGAN CHASE BANK, N.A.
D/B/A LAND ROVER FINANCIAL
GROUP; JAGUAR LAND ROVER
FRISCO, LLC D/B/A JAGUAR
LAND ROVER FRISCO; PARETTI
IMPORTS, LLC D/B/A LAND
ROVER NEW ORLEANS, AND D/B/A
LAND ROVER BATON ROUGE

NO.  2024 CW 1059

**JANUARY 29, 2025**

---

In Re:    Edward J. Laperouse, II, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 748532.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**

                              EW
                              SMM
                              HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT